IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| MARY PIFER, | Civil No. 3:09-CV-5332-FDB |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will further consider Plaintiff's residual functional capacity, including the effects of obesity on same; and the ALJ will obtain supplemental evidence from a vocational expert regarding Plaintiff's ability to do her past relevant work and, as necessary, other work.

///

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 20th day of November, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented By:

s/ DAPHNE BANAY
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075
Telephone: (206) 615-2113
FAX: (206) 615-2531
daphne.banay@ssa.gov