# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARY PIFER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5332FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the above captioned case be reversed and remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

| | |
|---|---|
| November 24, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |