UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY PIFER, | ) |
| | ) CIVIL NO. C09-5332 FDB |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, COSTS AND |
| vs. | ) EXPENSES |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $2,611.36 payable to Plaintiff's attorney Victoria Chhagan; and it is further

ORDERED that Plaintiff is hereby awarded EAJA fees of $790.28 and expenses of $31.53 pursuant to 28 U.S.C. §2412 and costs of $11.90 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

DATED this 23rd day of December, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C09-5332 FDB] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA#1519
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C09-5332 FDB] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055