# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARY PIFER,
        Plaintiff,
    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
 Administration,

        Defendant,

JUDGMENT IN A CIVIL CASE
EAJA FEES, COSTS AND EXPENSES

CASE NUMBER: C09-5332FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff is hereby awarded EAJA fees of $2,611.36 payable to Plaintiff's attorney Victoria Chhagan,

Plaintiff is hereby awarded EAJA fees of $790.28 and expenses of $31.53 pursuant to 28 U.S.C. §2412 and costs of $11.90 as set out at 28 U.S.C. §1920, payable to Plaintiff's attorney Elie Halpern.

December 31, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk